PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender: DEVON McCALMONT**  **Docket No.:** 05-860

**Name of Sentencing Judicial Officer:** HONORABLE LACY H. THORNBERG
UNITED STATES DISTRICT JUDGE
(WESTERN DISTRICT OF NORTH CAROLINA)

**Transfer of Jurisdiction:** To the District of New Jersey - effective December 6, 2005

**Name of Newly Assigned Judicial Officer:** HONORABLE FREDA WOLFSON
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** July 27, 2005

**Original Offense:** (Count One) Possession of a Firearm by a Convicted Person,
18 U.S.C. § 922(g)(2), a Class C felony

**Original Sentence:** Twelve months in the custody of the Bureau Of Prisons; three years supervised release; $100.00 special assessment. A special condition for mental health evaluation/treatment, as directed by U.S. Probation, was also imposed.

On February 18, 2008, the Court approved a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender (Probation Form 12-B) and a Waiver of Hearing to Modify Conditions of Supervised Release (Probation Form 49), which imposed the condition of three months home confinement with electronic monitoring.

On July 14, 2008, the Court approved a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender (Probation Form 12-B) and a Waiver of Hearing to Modify Conditions of Supervised Release (Probation Form 49), which imposed the condition of one month in a community corrections center.

Type of Supervision: Supervised Release     Date Supervision Commenced: October 18, 2005

**Assistant U.S. Attorney:** To be assigned.     **Defense Attorney:** To be assigned.

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of

supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 11, 2008, the offender was arrested by the New Jersey State Police and charged with burglary, theft by unlawful taking and resisting arrest. According to court documents, the offender entered a barn located in Hopewell Township, New Jersey, and removed stainless steel irrigation pipes. Mr. McCalmont was subsequently arrested in Pilegrove, New Jersey, by a New Jersey State Trooper. During the arrest, the offender threatened to use physical force against the Trooper by failing to obey his commands and by taking an aggressive stance. |
| | Mr. McCalmont was incarcerated in the Salem County, New Jersey, on $25,000.00 bail. He was subsequently released on his own recognizance on July 17, 2008. |
| | The case is pending in the Superior Court of New Jersey, Cumberland County. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender failed to notify his probation officer of the above-referenced arrest. |

Respectfully submitted,

By: JOHN L. PACCIONE
U.S. Probation Officer
Date: July 24, 2008

APPROVED:

RICHARD A. GALLO                Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: _8/12/08 @ 3:00 PM_
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_____
7/09/08
/Date